UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

DEXTER D. WOODARD

JUDGMENT IN A CRIMINAL CASE

Case Number 7:05-CR-181 (GHL)

  NONE
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere] as to count(s)   1

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Operating a motor vehicle with a suspended registration, in violation of Title 18, United States Code, Section 7 & 13, assimilating Section 512 of the New York State Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** April 5, 2005

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $70.00 and a $5.00 special assessment. The total of fines and assessments amount to $75.00, payable immediately. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver a certified copy of this judgment to the United States Marshal of this district.

  April 13, 2005
Date of Imposition of Sentence

  April 27, 2005
DATE SIGNED

George H. Lowe
United States Magistrate Judge